FORM 8.  Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Loken-Flack, LLC _____ v. Novozymes Bioag, Inc. _____

No. 15-1026

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se        [✓] As counsel for:    Loken-Flack, LLC & Lynn Loken _____
                                         Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant

[✓] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Alan F. Blakley |
| Law firm: | Blakley Justice LLC |
| Address: | 916 South Main Street, Suite 201 |
| City, State and ZIP: | Longmont, Colorado 80501 |
| Telephone: | 303 557 6488 |
| Fax #: | 303 557 6487 |
| E-mail address: | ab@b-and-jlaw.com |

Statement to be completed by counsel only (select one):

[✓]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Nov. 13, 1993 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 17 October 2014 | /s/ Alan F. Blakley |
| Date | Signature of pro se or counsel |

cc: Counsel of Record via USPS _____