UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

No. 15-1026

Loken-Flack

v.

Novozymes Bioag, Inc.

ORAL ARGUMENT SCHEDULING CONFLICTS

NOW COME Loken–Flack and Lynn Loken, appellants in this matter, and pursuant to Fed. Cir. R. 34 practice notes provide this list of dates that create scheduling conflicts for oral arguments.

The attorneys for appellants will be unavailable for oral arguments on the following dates:

1. March 12 – 24, 2015
2. May 1 – 20, 2015
3. June 4 – 12, 2015

/s/Alan F. Blakley

Alan F. Blakley, Esq.
BLAKLEY JUSTICE LLC
916 South Main Street, Suite 201
Longmont, Colorado 80501
303 557 6488/ fax 303 557 6487
ab@b-and-jlaw.com
Attorneys for Appellants

NOTICE OF SERVICE

On this 2nd day of January 2015, I served a true and correct copy of the through the Court's ECF system to:

John J. Cotter, Esq.
Andrea B. Reed, Esq.
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950

/s/Alan F. Blakley

Alan F. Blakley, Esq.
BLAKLEY JUSTICE LLC
916 South Main Street, Suite 201
Longmont, Colorado 80501
303 557 6488/ fax 303 557 6487
ab@b-and-jlaw.com
Attorney for Appellants